IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>*Defendant*. | § § § § § § § § § § § | Civil Action No. 6:14-CV-987<br><br>Jury Trial Demanded |

## PLAINTIFF BLUE SPIKE, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Blue Spike, LLC states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

    Respectfully submitted,

    /s/ Randall T. Garteiser
    Randall T. Garteiser
    Texas Bar No. 24038912
    rgarteiser@ghiplaw.com
    Christopher A. Honea
    Texas Bar No. 24059967
    chonea@ghiplaw.com
    Christopher S. Johns
    Texas Bar No. 24044849
    Kirk J. Anderson
    California Bar No. 289043
    Molly A. Jones
    California Bar No. 301419
    **GARTEISER HONEA PLLC**
    119 W. Ferguson St.
    Tyler, Texas 75702
    Telephone:  (903) 705-7420
    Facsimile:  (888) 908-4400

    *Counsel for Blue Spike LLC*

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

                                      /s/ Randall T. Garteiser
                                      Randall T. Garteiser